UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PIPE CONSTRUCTORS, INC., ET AL.,<br><br>Defendant. | Case No. EDCV 23-0721-KK-SPx<br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Nationwide Mutual Insurance Company ("Plaintiff") against defendants William and Melissa Harris ("Defendants") on Cause of Action One, Breach of Contract.

Pursuant to this Judgment, Defendants are ORDERED to pay Plaintiff damages in the amount of $1,396,072.55 from the date of entry of judgment in this action.

Dated: February 29, 2024

HONORABLE KENLY KIYA KATO
United States District Judge